# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

RONALD DETER,

                Plaintiff,

vs.

ENVIRONMENTAL LABS & SERVICES,
INC. a Georgia Corporation,

                Defendant.

CIVIL ACTION FILE

NO. 1:15-cv-551-RWS

## DEFAULT  JUDGMENT

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of plaintiff's motion for default judgment as to defendant, and the court having granted said motion, it is

ORDERED AND ADJUDGED, that judgment is entered in favor of plaintiff and against defendant. Plaintiff is awarded $3,589.68 in compensatory damages; $3,589.68 in liquidated damages pursuant to 29 U.S.C. § 216(b); and costs in the amount of $575 pursuant to 29 U.S.C. § 216(b). Post-judgment shall accrue according to the rates set by law.

Dated at Atlanta, Georgia this 20th day of August, 2015.

JAMES N. HATTEN
CLERK OF COURT

By:    s/C. Mercado
       Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
  August 20, 2015
James N. Hatten
Clerk of Court

By:   C. Mercado
      Deputy Clerk